IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID CHU,

    Plaintiff,

vs.

MAGIC LEAP, INC.

    Defendant.

Case No. 1:25-cv-00574-RCL

## [PROPOSED] SCHEDULING ORDER

Pursuant to the Joint Report and Proposed Scheduling Order submitted by the parties, it is hereby ORDERED that the following schedule is established:

| Event | Deadline |
| --- | --- |
| Initial Disclosures | May 31, 2025 |
| Plaintiff's Rule 26(a)(2) Disclosures | June 30, 2025 |
| Defendant's Rule 26(a)(2) Disclosures | July 31, 2025 |
| Close of Discovery | October 31, 2025 |
| Dispositive Motions Due | December 15, 2025 |
| Opposition to Dispositive Motions Due | January 16, 2026 |
| Replies in Support of Dispositive Motions Due | February 16, 2026 |
| Final Pretrial Conference | 45 days following resolution of dispositive motions or at Court's convenience. |

Dated: 5/6/25

_Royce C. Lamberth_
Hon. Royce C. Lamberth
United States District Judge