IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID CHU | * |
| | * |
| Plaintiff, | * |
| | *   Case No. 1:25-cv-00574-RCL |
| v. | * |
| | * |
| MAGIC LEAP, INC. | * |
| | * |
| Defendant. | * |

~~PROPOSED~~ ORDER

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, and for good cause shown, the motion is GRANTED.

It is hereby ORDERED that the May 6, 2026 Scheduling Order is modified as follows; all other provisions remain in effect:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Close of Discovery | 10/31/2025 | 01/29/2026 |
| Dispositive Motions Due | 12/15/2025 | 03/15/2026 |
| Opposition to Dispositive Motions Due | 01/16/2026 | 04/16/2026 |
| Replies in Support of Dispositive Motions Due | 02/16/2026 | 05/17/2026 |

Dated: __Oct. 22__, 2025

_____
Hon. Royce C. Lamberth
United States District Judge