# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID CHU**<br><br>        **Plaintiff,**<br><br>v.<br><br>**MAGIC LEAP, INC.**<br><br>        **Defendant.** | **Case No. 1:25-cv-00574-RCL** |

## PROTECTIVE ORDER UNDERTAKING

I, _____, being duly sworn, state that:

1. My address is _____

2. My present employer is _____ and the address of my present employment is _____.

3. I have attached hereto my resume or curriculum vitae and, to the extent my curriculum vitae does not include it, a document: (a) identifying my current and prior employment and contracting relationships with the party who has hired such person in connection with the above-referenced litigation, (b) identifying each person or entity from whom I have received compensation or funding for work in my areas of expertise or to whom I have provided professional services, including in connection with a litigation, at any time during the preceding five years; and (c) the identity of (by name and number of the case, filing date, and location of court) any litigation that I have offered expert testimony, including through a declaration, report, or testimony at a deposition or trial, during the preceding five years.

4. I have carefully read and understood the "Stipulated Protective Order" ("Protective Order") in the above-captioned action (the "Action"), am familiar with the terms thereof, will comply with all provisions of the Protective Order, and agree to be bound by the terms of the Protective Order in this case.

5. I will hold in confidence and not disclose to anyone not qualified under the Protective Order any Protected Material, including "CONFIDENTIAL," or any words, notes, summaries, abstracts, or indices of Protected Material disclosed to me.

6. I will limit use of Protected Material disclosed to me solely for purpose of this action.

7. I understand that I am to retain all copies of the materials that I receive which have been designated as containing or reflecting Protected Material in a container, cabinet, drawer, room or other safe place in a manner consistent with the Protective Order. I understand that all copies of any such materials are to remain in my custody until the conclusion of this Action or the completion of my assigned duties, whereupon the copies are to be destroyed, returned to the Producing Party, or returned to the counsel for the Party for whom I was employed or retained for that Party's return of Protected Material to the Producing Party or destruction of the same.

8. Such return or destruction shall not relieve me from the obligations imposed upon me by said Protective Order. I further agree to notify any support personnel (such as paralegals, administrative assistants, secretaries, clerical and administrative staff), who are necessary to assist me of, the terms of the Protective Order, and of their obligation not to reveal any Protected Material to anyone not authorized to receive such information pursuant to the terms of the Protective Order.

9. I understand that I shall be subject to the jurisdiction of the U.S. District Court for the District of Columbia in any proceeding relating to my performance under, compliance with, or violation of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____    _____

Name:_____

Title: _____