IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID CHU

     Plaintiff,

v.

MAGIC LEAP, INC.

     Defendant.

\*
\*
\*
\*    Case No. 1:25-cv-00574-RCL
\*
\*
\*
\*
\*

## PROPOSED ORDER

UPON CONSIDERATION of the Parties' Joint Motion to Extend Time for Motions for

Summary Judgement ("Motion to Extend"), it is this __17th__ day of __March__, 2026, hereby

ORDERED, *nunc pro tunc* that the Parties' Motion to Extend be and is hereby GRANTED, and it is

FURTHER ORDERED that the Parties shall have until March 23, 2026 to file their

Motions for Summary Judgment.

_____
Hon. Royce C. Lamberth
U.S. District Court Judge

Copy: All Counsel of Record

331746114v.1