EXHIBIT

G

## DC

---

**jbaltazar@magicleap.com Jose Baltazar**            Wednesday, October 19, 2022 at 5:42:07 PM Pacific Daylight Time
To: jgreen@magicleap.com Julie Green
Cc: vstewart@magicleap.com Victoria Stewart

Confidential

Hi Julie,

Here is what I am proposing for David Chu, please let me know your thoughts.

Thanks,
Jose



image.png

**Attachments:**

**image.png** 656k

---

**jbaltazar@magicleap.com Jose Baltazar**            Thursday, October 20, 2022 at 5:38:38 PM Pacific Daylight Time
To: peggy@magicleap.com Peggy Johnson, jodoherty@magicleap.com John Doherty
Cc: vstewart@magicleap.com Victoria Stewart, jgreen@magicleap.com Julie Green

Confidential

Team,

Please see below what Julie and I agreed on for David Chu.
Julie (cc'd) is deciding on when they in effect as it might be Q1 2023 but TBD for now. We will also tie specifc milestones to it.

@Peggy Johnson please provide your approval and we will proceed accordingly.

Thanks,
Jose

image.png

**Attachments:**

**image.png** 656k

---

**peggy@magicleap.com Peggy Johnson**            Thursday, October 20, 2022 at 5:42:16 PM Pacific Daylight Time
To: jbaltazar@magicleap.com Jose Baltazar, jodoherty@magicleap.com John Doherty

DEF_000122

Cc: vstewart@magicleap.com Victoria Stewart, jgreen@magicleap.com Julie Green

Approved.

**From:** Jose Baltazar <jbaltazar@magicleap.com>
**Sent:** Thursday, October 20, 2022 5:38:38 PM
**To:** Peggy Johnson <peggy@magicleap.com>; John Doherty <jodoherty@magicleap.com>
**Cc:** Victoria Stewart <vstewart@magicleap.com>; Julie Green <jgreen@magicleap.com>
**Subject:** Fwd: DC

Confidential

Team,

Please see below what Julie and I agreed on for David Chu.
Julie (cc'd) is deciding on when they in effect as it might be Q1 2023 but TBD for now. We will also tie specifc milestones to it.

@Peggy Johnson please provide your approval and we will proceed accordingly.

Thanks,
Jose

image.png

**Attachments:**

**image.png** 656k

**jbaltazar@magicleap.com Jose Baltazar**          Wednesday, November 9, 2022 at 12:21:15 PM Pacific Standard Time
To: szajia@magicleap.com Shirley Zajia, jgreen@magicleap.com Julie Green, vstewart@magicleap.com Victoria Stewart

Hi Julie,

Please share what milestones you want tied to Q1, Q2, Q3 and Q4 payments below.

Thanks,
Jose

---------- Forwarded message ---------
From: **Peggy Johnson** <peggy@magicleap.com>
Date: Thu, Oct 20, 2022 at 5:42 PM
Subject: Re: DC
To: Jose Baltazar <jbaltazar@magicleap.com>, John Doherty <jodoherty@magicleap.com>
Cc: Victoria Stewart <vstewart@magicleap.com>, Julie Green <jgreen@magicleap.com>

Approved.

**From:** Jose Baltazar <jbaltazar@magicleap.com>
**Sent:** Thursday, October 20, 2022 5:38:38 PM
**To:** Peggy Johnson <peggy@magicleap.com>; John Doherty <jodoherty@magicleap.com>
**Cc:** Victoria Stewart <vstewart@magicleap.com>; Julie Green <jgreen@magicleap.com>
**Subject:** Fwd: DC

Confidential

Team,

Please see below what Julie and I agreed on for David Chu.

DEF_000123