
EXHIBIT
H

## Magic Leap

David Chu <dchu@magicleap.com>

---

# Quarterly milestones for comp

5 messages

---

**David Chu** <dchu@magicleap.com>                          Thu, Dec 1, 2022 at 6:02 PM
To: Julie Green <jgreen@magicleap.com>

Let me know what you think

QN. Ship improved hand tracking
QN+1. Q3. Ship AR Cloud Dense Map Merge for Digital Twins
QN+2. Ship Omniverse Private Beta
QN+3. Ship new cloud perception capabilities

---

**Julie Green** <jgreen@magicleap.com>                       Thu, Dec 1, 2022 at 6:33 PM
To: David Chu <dchu@magicleap.com>

Looks good to me!

Here's what Vicky sent me. Let me know what you think.

| Pay Component | Total Est'd 2021 | Total Est'd 2022 | Total Est'd 2023 |
|---|---|---|---|
| Base Salary (prorated for calendar year) | $137,500 | $337,425 | $393,750 |
| Sign On* | $600,000 | | |
| Retention ($60.0k/mos Aug21-Dec21 Pd Jan22)* | | $300,000 | |
| Retention ($37.5k/mos Aug21-Mar22 Pd Apr22)* | | $300,000 | |
| Retention (quarterly) | | | $400,000 |
| Annual Bonus | | $34,947 | $122,194 |
| Relocation | | $27,062 | |
| **Total** | **$737,500** | **$999,434** | **$915,944** |
| **Equity** | | **171,000** | |
| **Estimated Value @ $19.20/RSU** | | **$3,283,200** | |

*\* To buy out cash equity until Magic Leap equity determined*

[Quoted text hidden]

---

**David Chu** <dchu@magicleap.com>                          Thu, Dec 1, 2022 at 9:14 PM
To: Julie Green <jgreen@magicleap.com>

Thanks for sharing.

To be honest, it's pretty far from expectations. I'm pretty sure we've had a few offers to external hires that would report to me that are above this level. Specifically I am concerned about the cash comp part. I am looking for the retention to match the 600/300/300 structure I had in year 1. Having this be stable for at least 2 years and preferably 3 years would be lessen the mental overhead of dealing with this annually.

It is hard to consider the equity portion a significant factor since the liquidity event is unlikely to be within the next 2-3 years, if at all. (Of course we all hope for better but there isn't line of sight to that at present.)

Also, I've been past the cliff since August so my ask is to really apply the retention starting for at least then.

Not sure what's needed to remedy this… thoughts? Is it Jose I need to work with?
[Quoted text hidden]

---

**Julie Green** <jgreen@magicleap.com>                                        Thu, Dec 1, 2022 at 9:30 PM
To: David Chu <dchu@magicleap.com>

I'll talk with Jose & Vicki and ask them reach out.
[Quoted text hidden]

---

**David Chu** <dchu@magicleap.com>                                            Thu, Dec 1, 2022 at 9:31 PM
To: Julie Green <jgreen@magicleap.com>

Okay, thanks, I appreciate that.
[Quoted text hidden]