EXHIBIT

I

## Meeting next week 1:1

**jbaltazar@magicleap.com Jose Baltazar**                Thursday, December 8, 2022 at 9:20:47 AM Pacific Standard Time
To: dchu@magicleap.com David Chu, akriner@magicleap.com Amber Kriner

Hi AMber,

Can you please set up time for me and David for next week Tuesday or wednesday ?

Thanks,
Jose

---

**jbaltazar@magicleap.com Jose Baltazar**                Thursday, December 8, 2022 at 9:28:03 AM Pacific Standard Time
To: jgreen@magicleap.com Julie Green, vstewart@magicleap.com Victoria Stewart

Hi Julie and Victoria,

I am talking to David next week, are we aligned on the latest proposal from Vicky? @Victoria Stewart  can you please add here

Thanks,
Jose

---------- Forwarded message ---------
From: **Jose Baltazar** <jbaltazar@magicleap.com>
Date: Thu, Dec 8, 2022 at 12:20 PM
Subject: Meeting next week 1:1
To: David Chu <dchu@magicleap.com>, Amber Kriner <akriner@magicleap.com>

Hi AMber,

Can you please set up time for me and David for next week Tuesday or wednesday ?

Thanks,
Jose

---

**vstewart@magicleap.com Victoria Stewart**                Thursday, December 8, 2022 at 10:29:58 AM Pacific Standard Time
To: jbaltazar@magicleap.com Jose Baltazar
Cc: jgreen@magicleap.com Julie Green

Latest proposal summarized below (file attached - will send psw separately) - assume the $800k would be funded through the 2023-24 retention budget.

| Pay Component | Total Est'd 2021 | Total Est'd 2022 | Total Est'd 2023 | Total Est'd 2024 |
|---|---|---|---|---|
| Base Salary (prorated for calendar year) | $137,500 | $337,425 | $393,750 | $418,750 |
| Sign On* | $600,000 | | | |
| Retention ($60.0k/mos Aug21-Dec21 Pd Jan22)* | | $300,000 | | |
| Retention ($37.5k/mos Aug21-Mar22 Pd Apr22)* | | $300,000 | | |
| Retention (quarterly 2023-2024) | | | **$400,000** | **$400,000** |
| Annual Bonus | | $34,947 | $122,194 | $137,813 |
| Relocation | | $27,062 | | |
| **Total** | **$737,500** | **$999,434** | **$915,944** | **$956,563** |
| **Equity** | | 171,000 | | |
| **Estimated Value @ $19.20/RSU** | | $3,283,200 | | |

DEF_000210

*\* To buy out cash equity until Magic Leap equity determined*

Thanks,
Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com


On Thu, Dec 8, 2022 at 11:28 AM Jose Baltazar <jbaltazar@magicleap.com> wrote:

Hi Julie and Victoria,

I am talking to David next week, are we aligned on the latest proposal from Vicky? @Victoria Stewart  can you please add here

Thanks,
Jose

---------- Forwarded message ---------
From: **Jose Baltazar** <jbaltazar@magicleap.com>
Date: Thu, Dec 8, 2022 at 12:20 PM
Subject: Meeting next week 1:1
To: David Chu <dchu@magicleap.com>, Amber Kriner <akriner@magicleap.com>


Hi AMber,

Can you please set up time for me and David for next week Tuesday or wednesday ?

Thanks,
Jose

**Attachments:**

**CompensationWorksheet_DavidChuNov2022.xlsx** 67k


**vstewart@magicleap.com Victoria Stewart**                         Thursday, December 8, 2022 at 10:30:09 AM Pacific Standard Time
To: jbaltazar@magicleap.com Jose Baltazar
Cc: jgreen@magicleap.com Julie Green

psw Compensation


Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com


On Thu, Dec 8, 2022 at 12:29 PM Victoria Stewart <vstewart@magicleap.com> wrote:
Latest proposal summarized below (file attached - will send psw separately) - assume the $800k would be funded through the 2023-24 retention budget.

| Pay Component | Total Est'd 2021 | Total Est'd 2022 | Total Est'd 2023 | Total Est'd 2024 |
|---|---|---|---|---|
| Base Salary (prorated for calendar year) | $137,500 | $337,425 | $393,750 | $418,750 |
| Sign On* | $600,000 | | | |
| Retention ($60.0k/mos Aug21-Dec21 Pd Jan22)* | | $300,000 | | |
| Retention ($37.5k/mos Aug21-Mar22 Pd Apr22)* | | $300,000 | | |

DEF_000211