

David Chu <dchu@magicleap.com>

EXHIBIT

J

# Retention Plan

12 messages

---

**Victoria Stewart** <vstewart@magicleap.com>                    Fri, Dec 16, 2022 at 6:38 PM
To: David Chu <dchu@magicleap.com>
Cc: Jose Baltazar <jbaltazar@magicleap.com>, Julie Green <jgreen@magicleap.com>

David,
We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024).  The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.

Thanks,

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com

 **Compensation_Retention_DChu.xlsx**
51K

---

**Victoria Stewart** <vstewart@magicleap.com>                    Fri, Dec 16, 2022 at 6:38 PM
To: David Chu <dchu@magicleap.com>
Cc: Jose Baltazar <jbaltazar@magicleap.com>, Julie Green <jgreen@magicleap.com>

Password is Compensation

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com

[Quoted text hidden]

---

**David Chu** <dchu@magicleap.com>                    Fri, Dec 16, 2022 at 6:52 PM
To: Victoria Stewart <vstewart@magicleap.com>
Cc: Jose Baltazar <jbaltazar@magicleap.com>, Julie Green <jgreen@magicleap.com>

Vicky, Jose and Julie,

Thank you for providing the details here, and for investing in me.  Let's do it.

-david

[Quoted text hidden]

---

**Julie Green** <jgreen@magicleap.com>                    Fri, Dec 16, 2022 at 10:56 PM
To: David Chu <dchu@magicleap.com>
Cc: Jose Baltazar <jbaltazar@magicleap.com>, Victoria Stewart <vstewart@magicleap.com>

Happy to hear that! Looking forward to all we can accomplish together in 2023!

| $600k Retention over 2 Years Paid at EOQ as Indicated Below based on Defined Milestones* | | | |
|---|---|---|---|
| Year 1: $400k | | Year 2: $200k | |
| Mar-2023 | $100,000 | Mar-2024 | $50,000 |
| Jun-2023 | $100,000 | Jun-2024 | $50,000 |
| Sep-2023 | $100,000 | Sep-2024 | $50,000 |
| Dec-2023 | $100,000 | Dec-2024 | $50,000 |

*Milestones to be defined by CTO*