

## Fwd: Retention Plan

**vstewart@magicleap.com Victoria Stewart**      Saturday, January 21, 2023 at 8:10:14 PM Pacific Standard Time
To: jgreen@magicleap.com Julie Green
Cc: szajia@magicleap.com Shirley Lew Zajia, jbaltazar@magicleap.com Jose Baltazar, sbernal@magicleap.com Sheri Bernal

Julie,
As a reminder, we had agreed to a $600k retention for David Chu (attached) to which you were going to assign specific milestones. My assumption is that it is being funded through the approved Retention Plan we are working on but will defer to Jose to weigh in to confirm if we have separate funding for this one. I just want this to be brought back to the surface as I don't believe this has been initiated pending the defined milestones.

Let me know if you have any questions or concerns.

Thanks,

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com


---------- Forwarded message ---------
From: **Julie Green** <jgreen@magicleap.com>
Date: Fri, Dec 16, 2022 at 9:56 PM
Subject: Re: Retention Plan
To: David Chu <dchu@magicleap.com>
Cc: Jose Baltazar <jbaltazar@magicleap.com>, Victoria Stewart <vstewart@magicleap.com>


Happy to hear that! Looking forward to all we can accomplish together in 2023!

On Fri, Dec 16, 2022 at 3:52 PM David Chu <dchu@magicleap.com> wrote:
> Vicky, Jose and Julie,
>
> Thank you for providing the details here, and for investing in me.  Let's do it.
>
> -david
>
>
> On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:
>> David,
>> We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024). The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.
>>
>> Thanks,
>>
>> Vicky Stewart
>> Head of Global Total Rewards
>> 972.814.2193
>> vstewart@magicleap.com

**Attachments:**

**Compensation_Retention_DChu.xlsx** 51k

---

**jgreen@magicleap.com Julie Green**      Saturday, January 21, 2023 at 8:33:34 PM Pacific Standard Time
To: vstewart@magicleap.com Victoria Stewart

DEF_000132