EXHIBIT

L

Shirley Zajia
Director, HR Business Partner
szajia@magicleap.com



*Do you have feedback or a concern you would like to report anonymously?  You can by going to  ML's EthicsPoint - An Employee Feedback Platform*

https://secure.ethicspoint.com/domain/media/en/gui/81565/index.html

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any use, dissemination or reproduction of this communication is strictly prohibited and may be illegal. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

On Tue, Apr 11, 2023 at 7:04 PM Victoria Stewart <vstewart@magicleap.com> wrote:
Team,
See my initial thoughts below...happy to discuss further....

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com

On Tue, Apr 11, 2023 at 5:22 PM Shirley Zajia <szajia@magicleap.com> wrote:
Hi Sheri and Vicky,

Julie and I met today and there were a few items we discussed and I committed to Julie to follow up on both.

1. **Bonuses**
   1. **David Chu** - Based on commitment approved by Jose B., he is due payment this month. Given the current situation, we need to confirm if this is on track.  If not, align on the message back to David.  Both Julie and I have no doubt that when he does not see payment, he will want answers. Jose did present a retention plan for David in December that we worked with Julie on that landed at a $600k (see below) but then it was placed on hold to be included/funded by the new Retention Pr.  There has not been a retention agreement executed at this time for us to proceed with any payment given the Retention Program was placed on hold.  My recommendation is to be fully transparent with David in that it was part of the broader Retention Program that has been placed on hold. I think this also provides time for Doug to fully access and we can regroup on a plan of action.

| $600k Retention over 2 Years Paid at EOQ as Indicated Below based on Defined Milestones* | | | |
|---|---|---|---|
| Year 1:  $400k | | Year 2:  $200k | |
| Mar-2023 | $100,000 | Mar-2024 | $50,000 |
| Jun-2023 | $100,000 | Jun-2024 | $50,000 |
| Sep-2023 | $100,000 | Sep-2024 | $50,000 |
| Dec-2023 | $100,000 | Dec-2024 | $50,000 |

*\* Milestones to be defined by CTO*

DEF_000102

## Few option actions / updates

**sbernal@magicleap.com Sheri Bernal**                Tuesday, April 25, 2023 at 2:33:07 PM Pacific Daylight Time
To: vstewart@magicleap.com Victoria Stewart
Cc: sbernal@magicleap.com Sheri Bernal

Hope all is well and safely at home!

Wanted to follow-up on a few things:

(1) David Chu
- Spoke to him openly that we had approval on design, not on funding
- Largest investor asked us to hold off until after JA
- We are all not keen to do this but need to continue to watch market tells just like with bonus
- can't honestly say we'll get money then but we are also exploring other opens with equity, etc
- will share more as I have it, you and I will stay connected
- let us know if gets to point needs to find another job so we can try to do something
- he wants a 4-way meeting with you, me, Julie next week to get everyone on same page

May go south after he speaks with family tonight but he thanked me for honesty / transparency and seemed very rational. We even laughed during parts of conversation.


(2) JA
- thinking next steps are to send document to XLT and set up 30 minute optional ""brief update" meeting to cover 10 slides max. Everything else in appendix or included so everyone has everything.
-then we send to PIF ███████████████████ and set up review meeting for you, me, PIF and Mercer?
-then we send to comp committee

Seems like a lot but PIF will ask if management has seen and CC will respond only once the PIF has seen. And this we know is a critical one.  Any other viable approach?


(3) Exec comp



Open to other ideas too!


Think that's it for right now! Hope to connect tomorrow morning.
Sheri


--

Sheri Bernal
Chief Human Resources Officer
sbernal@magicleap.com



This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any

DEF_000126

On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:
David,
We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024).  The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.

Thanks,

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com

--

Sheri Bernal
Chief Human Resources Officer
sbernal@magicleap.com



**sbernal@magicleap.com Sheri Bernal**                    Tuesday, April 25, 2023 at 5:18:08 AM Pacific Daylight Time
To: jgreen@magicleap.com Julie Green

I will go back and look at what you shared in writing. I understood that this was not his sign on commitment (that was paid in full thankfully) but the same retention promise made to others with the understanding that "we were working on retention for them". In this case we gave him an option of what that would look like via email but no formal offer or signed documents as we had done in practice before or do today.

The only reason I cannot offer him the bonus is because we do not have bonus dollars from the PIF. It was not approved by them and I was told flat out: no.

If David is an outlier and the only one in this scenario - it's at least an option to go back to the PIF and ask for his in lieu of a top 10 list. But I'd rather not treat him differently than the 51 others on your list, and the others who were promised in other organizations if it's the same situation.

I'll check back with Vicky today who should have our master single source of truth retention list across XLT to get a better understanding of exactly what was said to whom and how. I'll look for any angles that we can take back to the PIF.

DEF_000157