**EXHIBIT**

**M**

# David Chu

---

**jgreen@magicleap.com Julie Green**       Wednesday, March 22, 2023 at 7:52:32 AM Pacific Daylight Time
To: vstewart@magicleap.com Victoria Stewart

I am pretty sure his agreement started in Q1, not Q2. I am sure he will ask me about it soon. What do I tell him?

---

**vstewart@magicleap.com Victoria Stewart**       Wednesday, March 22, 2023 at 9:00:35 AM Pacific Daylight Time
To: jgreen@magicleap.com Julie Green

He needs to understand that his retention is part of the broader Retention Plan that is still pending final sign off.  We hope to have a better answer for you after tomorrow's meeting with the BoD/Comp Committee but we haven't received the okay to proceed forward with generating the employee agreements/notifications as of yet. Once approved, he will receive the full amount of what we discussed with him but the timing might be off slightly.  Will keep you posted.

Thanks,
Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com

On Wed, Mar 22, 2023 at 9:52 AM Julie Green <jgreen@magicleap.com> wrote:
> I am pretty sure his agreement started in Q1, not Q2. I am sure he will ask me about it soon. What do I tell him?

---

**jgreen@magicleap.com Julie Green**       Wednesday, March 22, 2023 at 9:06:37 AM Pacific Daylight Time
To: vstewart@magicleap.com Victoria Stewart

Ok, thanks for the update.

On Wed, Mar 22, 2023 at 9:01 AM Victoria Stewart <vstewart@magicleap.com> wrote:
> He needs to understand that his retention is part of the broader Retention Plan that is still pending final sign off.  We hope to have a better answer for you after tomorrow's meeting with the BoD/Comp Committee but we haven't received the okay to proceed forward with generating the employee agreements/notifications as of yet. Once approved, he will receive the full amount of what we discussed with him but the timing might be off slightly.  Will keep you posted.
>
> Thanks,
> Vicky Stewart
> Head of Global Total Rewards
> 972.814.2193
> vstewart@magicleap.com

On Wed, Mar 22, 2023 at 9:52 AM Julie Green <jgreen@magicleap.com> wrote:
> I am pretty sure his agreement started in Q1, not Q2. I am sure he will ask me about it soon. What do I tell him?

DEF_000121