# Exhibit F

Excerpts from Defendant's Document Production

DocuSign Envelope ID: 9ACCAFE7-3900-4783-B5E7-DEC7DA4B260B

**MAGIC LEAP, INC.**

**EMPLOYMENT OFFER LETTER**

July 9, 2021

David Chu
4974 Purdue Ave NE, Seattle, WA 98105

Dear David:

I am pleased to offer you a position with Magic Leap, Inc. (the "***Company***") as its Vice President, Software Engineering, commencing on July 26, 2021 (the "***Employment Start Date***"). You will receive an annual salary of $330,000, less applicable withholding, which will be paid in accordance with the Company's normal payroll procedures. You will work remotely in the Washington DC area and report to Anuj Gosalia. You should note that the Company reserves the right to modify compensation from time to time as it deems necessary.

Additionally, you will be eligible to receive a retention bonus of $1,200,000.00 (your "***Retention Bonus***") payable as follows:  (i) $600,000 of the Retention Bonus will be payable in your first paycheck following your Employment Start Date (the "***Initial Retention Payment***"); (ii) $300,000 of the Retention Bonus will be payable in your first paycheck following January 1, 2022 (the "***1Q22 Retention Payment***"); and (iii) $300,000 of the Retention Bonus will be payable in your first paycheck following April 1, 2022 (the "***2Q22 Retention Payment***," and the date of any such payment, the "***Retention Bonus Payment Date***"), in each instance less applicable withholding and paid in accordance with the Company's normal payroll procedures; provided that you remain a full-time employee of the Company as of each respective Retention Bonus Payment Date; provided further, that (A) with respect to the Initial Retention Payment, that if the Company terminates your employment for Cause or you end your employment with the Company for any reason, in either case before the six (6) month anniversary of the Employment Start Date, you will promptly pay the Company an amount equal to the Initial Retention Payment multiplied by a fraction, the numerator of which is equal to the number of days remaining in such six (6) month period as measured from the date of termination, and the denominator of which is equal to the total number of days in such six (6) month period; (B) with respect to the 1Q22 Payment, that if the Company terminates your employment for Cause or you end your employment with the Company for any reason, in either case before the three (3) month anniversary of January 1, 2022, you will promptly pay the Company an amount equal to the 1Q22 Retention Payment multiplied by a fraction, the numerator of which is equal to the number of days remaining in such three (3) month period as measured from the date of termination, and the denominator of which is equal to the total number of days in such three (3) month period; and (C) with respect to the 2Q22 Payment, that if the Company terminates your employment for Cause or you end your employment with the Company for any reason, in either case before the three (3) month anniversary of April 1, 2022, you will promptly pay the Company an amount equal to the 2Q22 Retention Payment multiplied by a fraction, the numerator of which is equal to the number of days remaining in such three (3)

Version: 8.22.2016

DEF_000008

DocuSign Envelope ID: 9ACCAFE7-3900-4783-B5E7-DEC7DA4B260B

month period as measured from the date of termination, and the denominator of which is equal to the total number of days in such three (3) month period.

You will be eligible to participate in a bonus plan that the Board of Directors of the Company may adopt for employees of the Company.  If such a plan is adopted, you may be eligible to earn an annual bonus of up to 35% of your then-current annual salary, less applicable withholding and paid in accordance with the Company's normal payroll procedures. The amount of any performance bonus to be paid to you is at the sole discretion of the Company, and you must be a full-time employee of the Company in good standing at the time any such performance bonus is to be paid to you.

Further, we will recommend to the Company's Board of Directors (the "**Board**")  that you receive a stock option to purchase 135,000 shares of the Company's common stock at an exercise price determined by the Board of Directors, which will generally be the current fair market value for such shares (the "**Option**"); provided that, in the event that the Board, in its sole discretion, determines that it cannot or would not be reasonable to grant the option (whether as a result of changes to the company's capitalization, a strategic transaction or otherwise), then, subject to approval of the Board, the Company shall grant you an equity award with a substantially equivalent value to the option in such form and on such terms and conditions as the Board shall determine. Your option will vest and become exercisable over a four-year period with 25% vesting on the one (1) year anniversary of your Employment Start Date and with the balance vesting equally every month thereafter over the following 36 months, and will be subject to the terms and conditions of the Company's 2012 Equity Incentive Plan (the "**Plan**").  The fair market value per share of the Company's common stock is determined by the Company's Board of Directors in good faith compliance with applicable guidance in order to avoid having the option be treated as deferred compensation under Section 409A of the Internal Revenue Code of 1986, as amended.  There is no guarantee that the Internal Revenue Service will agree with this valuation.  You should consult with your own tax advisor concerning the tax risks associated with accepting an option to purchase the Company's common stock.

You should be aware that your employment with the Company is for no specified period and constitutes at-will employment.  As a result, you are free to resign at any time, for any reason or for no reason.  Similarly, the Company is free to conclude its employment relationship with you at any time, with or without cause, and with or without notice.

For purposes of federal immigration law, you will be required to provide to the Company documentary evidence of your identity and eligibility for employment in the United States.  Such documentation must be provided to us within three (3) business days of your date of hire, or our employment relationship with you may be terminated.

You agree to relocate to the Washington DC area. The Company will reimburse you for up to $45,000.00 in reasonable, verified moving expenses to relocate you and your family from Seattle, WA to the Washington DC area. This relocation reimbursement offer expires twelve (12) months from the Employment Start Date. You agree to submit documentation covering every expense for which you will be seeking reimbursement. If the Company terminates your employment for Cause (as defined in the Plan (as defined above)) or you end your employment with the Company for any reason, in either case prior to the one (1) year anniversary of your

-2-

DEF_000009

DocuSign Envelope ID: 9ACCAFE7-3900-4783-B5E7-DEC7DA4B260B

**7.     Representations**

I represent that my performance of all the terms of this Intellectual Property Agreement will not breach any agreement to keep in confidence proprietary information acquired by me in confidence or in trust prior to my Relationship with the Company.  I have not entered into, and I agree I will not enter into, any oral or written agreement in conflict herewith.  I agree to execute any proper oath or verify any proper document required to carry out the terms of this Intellectual Property Agreement.

**8.     Equitable Relief**

The Company and I each agree that disputes relating to or arising out of a breach of the covenants contained in this Intellectual Property Agreement may cause the Company or me, as applicable, to suffer irreparable harm and to have no adequate remedy at law.  In the event of any such breach or default by a party, or any threat of such breach or default, the other party will be entitled to injunctive relief, specific performance and other equitable relief.  The parties further agree that no bond or other security shall be required in obtaining such equitable relief and hereby consents to the issuance of such injunction and to the ordering of specific performance.

**9.     General Provisions**

(a)     **Governing Law; Consent to Personal Jurisdiction**.  This Intellectual Property Agreement will be governed by the laws of the District of Columbia as they apply to contracts entered into and wholly to be performed within such state.  I hereby expressly consent to the personal jurisdiction and exclusive venue of the state and federal courts located in the District of Columbia for any lawsuit filed by either party arising from or relating to this Intellectual Property Agreement.

(b)     **Entire Agreement**.  This Intellectual Property Agreement sets forth the entire agreement and understanding between the Company and me relating to the subject matter herein and merges all prior discussions between us.  No modification of or amendment to this Intellectual Property Agreement, or any waiver of any rights under this Intellectual Property Agreement, will be effective unless in writing signed by the party to be charged.  Any subsequent change or changes in my duties, salary or compensation will not affect the validity or scope of this Intellectual Property Agreement.

(c)     **Severability**.  If one or more of the provisions in this Intellectual Property Agreement are deemed void by law, then the remaining provisions will continue in full force and effect.

(d)     **Successors and Assigns**.  This Intellectual Property Agreement will be binding upon my heirs, executors, administrators and other legal representatives and will be for the benefit of the Company and its successors and assigns.

[Signature Page Follows]

DEF_000016

Jose, here is the updated file for David Chu...I have also added a comp 2021-2022-2023 tab so we could comprehend changes YoY. It is estimated based on prorated salary effective dates, estimated salary increase in 2023 as well as bonus payout at 100%....

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 11:02:52 AM Pacific Standard Time

I shared "image.png" using the new Google Chat.
Click here to view.

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 11:03:06 AM Pacific Standard Time

I shared "CompensationWorksheet_DavidChuNov2022.xlsx" using the new Google Chat.
Click here to download.

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 11:06:17 AM Pacific Standard Time

I will provide Julie with this update...

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 11:06:29 AM Pacific Standard Time

Let me know if you want to chat...the psw is Compensation

---

**jbaltazar@magicleap.com Jose Baltazar**
To: vstewart@magicleap.com Victoria Stewart

Wednesday, November 30, 2022 at 12:02:11 PM Pacific Standard Time

ok sounds good

---

**jbaltazar@magicleap.com Jose Baltazar**
To: vstewart@magicleap.com Victoria Stewart

Wednesday, November 30, 2022 at 12:02:13 PM Pacific Standard Time

table if fine

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 1:52:13 PM Pacific Standard Time

I have the approval for John Monos's retention for 2023 by Peggy and John...am I good to proceed with entering it in SF and getting a communication document for James T to share with Monos? or are any other approvals required? Just checking as I want to make sure I am following the proper process.

---

**jbaltazar@magicleap.com Jose Baltazar**
To: vstewart@magicleap.com Victoria Stewart

Wednesday, November 30, 2022 at 1:52:44 PM Pacific Standard Time

Yes, can you please confirm with James when he will have the conversation

---

**jbaltazar@magicleap.com Jose Baltazar**
To: vstewart@magicleap.com Victoria Stewart

Wednesday, November 30, 2022 at 1:52:51 PM Pacific Standard Time

When is the effective date ?

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 1:53:46 PM Pacific Standard Time

---

DEF_000089

they are quarterly milestones for 2023 so assume a Jan 1, 2023 or I may have to enter each separately for the quarter...will have to work with Da'Nae on that part of it...

---

**jbaltazar@magicleap.com Jose Baltazar**
To: vstewart@magicleap.com Victoria Stewart

Wednesday, November 30, 2022 at 1:54:44 PM Pacific Standard Time

Ok

---

**jbaltazar@magicleap.com Jose Baltazar**
To: vstewart@magicleap.com Victoria Stewart

Wednesday, November 30, 2022 at 1:54:50 PM Pacific Standard Time

Salary as well right ?

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 1:56:32 PM Pacific Standard Time

The salary was to be effective with the annual comp planning cycle

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 1:57:12 PM Pacific Standard Time

The approval was for the $200k retention for 2023 tied to the milestones defined by James

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 1:57:32 PM Pacific Standard Time

I shared "image.png" using the new Google Chat.
Click here to view.

---

**jbaltazar@magicleap.com Jose Baltazar**
To: vstewart@magicleap.com Victoria Stewart

Wednesday, November 30, 2022 at 3:52:28 PM Pacific Standard Time

perfect

---

**vstewart@magicleap.com Victoria Stewart**
To: jbaltazar@magicleap.com Jose Baltazar

Wednesday, November 30, 2022 at 3:54:10 PM Pacific Standard Time

James has what he needs for now...to discuss with Monos and I am working with Da'Nae on getting the information in SF and subsequently a document for Monos to sign - we are on it 🙂

DEF_000090

# CTO Organization Follow Up Items

**szajia@magicleap.com Shirley Zajia**    Tuesday, April 11, 2023 at 3:21:58 PM Pacific Daylight Time
To: sbernal@magicleap.com Sheri Bernal, vstewart@magicleap.com Victoria Stewart
Cc: jgreen@magicleap.com Julie Green

Hi Sheri and Vicky,

Julie and I met today and there were a few items we discussed and I committed to Julie to follow up on both.

1. **Bonuses**
   1. **David Chu** - Based on commitment approved by Jose B., he is due payment this month. Given the current situation, we need to confirm if this is on track. If not, align on the message back to David. Both Julie and I have no doubt that when he does not see payment, he will want answers.

      ███████████████████████████████████████████

2. **Job Architecture Project**
   1. Since the Key Stakeholder interviews, Mercer has developed a Straw Model and shared that with the People Team. However, there is a desire to have an opportunity to hear directly from Mercer to allow for questions to be asked. Having the HRBPs being put in a position to bridge that is not the most effective/efficient manner. Julie would be able to "sign off" on behalf of the Product & Engineering Organization as a whole and wondered if there is an opportunity to be able to do so since we are just in the beginning of Phase 2, Job Architecture (Mapping).

Julie, feel free to add any points I may have missed.

Thanks,
Shirley

Shirley Zajia
Director, HR Business Partner
szajia@magicleap.com



*Do you have feedback or a concern you would like to report anonymously? You can by going to ML's EthicsPoint - An Employee Feedback Platform*

https://secure.ethicspoint.com/domain/media/en/gui/81565/index.html

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any use, dissemination or reproduction of this communication is strictly prohibited and may be illegal. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

**jgreen@magicleap.com Julie Green**    Tuesday, April 11, 2023 at 3:50:41 PM Pacific Daylight Time
To: szajia@magicleap.com Shirley Zajia
Cc: sbernal@magicleap.com Sheri Bernal, vstewart@magicleap.com Victoria Stewart

Thanks Shirley,

Regarding ███ George wants to move that bonus amount to ███ Otherwise, we need to make an off cycle salary adjustment for ███

DEF_000093

## David Chu

**jgreen@magicleap.com Julie Green**                    Wednesday, March 22, 2023 at 7:52:32 AM Pacific Daylight Time
To: vstewart@magicleap.com Victoria Stewart

I am pretty sure his agreement started in Q1, not Q2. I am sure he will ask me about it soon. What do I tell him?

---

**vstewart@magicleap.com Victoria Stewart**                    Wednesday, March 22, 2023 at 9:00:35 AM Pacific Daylight Time
To: jgreen@magicleap.com Julie Green

He needs to understand that his retention is part of the broader Retention Plan that is still pending final sign off.  We hope to have a better answer for you after tomorrow's meeting with the BoD/Comp Committee but we haven't received the okay to proceed forward with generating the employee agreements/notifications as of yet. Once approved, he will receive the full amount of what we discussed with him but the timing might be off slightly.  Will keep you posted.

Thanks,
Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com


On Wed, Mar 22, 2023 at 9:52 AM Julie Green <jgreen@magicleap.com> wrote:
> I am pretty sure his agreement started in Q1, not Q2. I am sure he will ask me about it soon. What do I tell him?

---

**jgreen@magicleap.com Julie Green**                    Wednesday, March 22, 2023 at 9:06:37 AM Pacific Daylight Time
To: vstewart@magicleap.com Victoria Stewart

Ok, thanks for the update.

On Wed, Mar 22, 2023 at 9:01 AM Victoria Stewart <vstewart@magicleap.com> wrote:
> He needs to understand that his retention is part of the broader Retention Plan that is still pending final sign off.  We hope to have a better answer for you after tomorrow's meeting with the BoD/Comp Committee but we haven't received the okay to proceed forward with generating the employee agreements/notifications as of yet. Once approved, he will receive the full amount of what we discussed with him but the timing might be off slightly.  Will keep you posted.
>
> Thanks,
> Vicky Stewart
> Head of Global Total Rewards
> 972.814.2193
> vstewart@magicleap.com
>
>
> On Wed, Mar 22, 2023 at 9:52 AM Julie Green <jgreen@magicleap.com> wrote:
>> I am pretty sure his agreement started in Q1, not Q2. I am sure he will ask me about it soon. What do I tell him?

DEF_000121

# DC

**jbaltazar@magicleap.com Jose Baltazar**          Wednesday, October 19, 2022 at 5:42:07 PM Pacific Daylight Time
To: jgreen@magicleap.com Julie Green
Cc: vstewart@magicleap.com Victoria Stewart

Confidential

Hi Julie,

Here is what I am proposing for David Chu, please let me know your thoughts.

Thanks,
Jose

 image.png

**Attachments:**

**image.png** 656k

---

**jbaltazar@magicleap.com Jose Baltazar**          Thursday, October 20, 2022 at 5:38:38 PM Pacific Daylight Time
To: peggy@magicleap.com Peggy Johnson, jodoherty@magicleap.com John Doherty
Cc: vstewart@magicleap.com Victoria Stewart, jgreen@magicleap.com Julie Green

Confidential

Team,

Please see below what Julie and I agreed on for David Chu.
Julie (cc'd) is deciding on when they in effect as it might be Q1 2023 but TBD for now. We will also tie specifc milestones to it.

@Peggy Johnson please provide your approval and we will proceed accordingly.

Thanks,
Jose

image.png

**Attachments:**

**image.png** 656k

---

**peggy@magicleap.com Peggy Johnson**          Thursday, October 20, 2022 at 5:42:16 PM Pacific Daylight Time
To: jbaltazar@magicleap.com Jose Baltazar, jodoherty@magicleap.com John Doherty

DEF_000122

Cc: vstewart@magicleap.com Victoria Stewart, jgreen@magicleap.com Julie Green

Approved.

**From:** Jose Baltazar <jbaltazar@magicleap.com>
**Sent:** Thursday, October 20, 2022 5:38:38 PM
**To:** Peggy Johnson <peggy@magicleap.com>; John Doherty <jodoherty@magicleap.com>
**Cc:** Victoria Stewart <vstewart@magicleap.com>; Julie Green <jgreen@magicleap.com>
**Subject:** Fwd: DC

Confidential

Team,

Please see below what Julie and I agreed on for David Chu.
Julie (cc'd) is deciding on when they in effect as it might be Q1 2023 but TBD for now. We will also tie specifc milestones to it.

@Peggy Johnson please provide your approval and we will proceed accordingly.


Thanks,
Jose


image.png

**Attachments:**

**image.png** 656k

---

**jbaltazar@magicleap.com Jose Baltazar**          Wednesday, November 9, 2022 at 12:21:15 PM Pacific Standard Time
To: szajia@magicleap.com Shirley Zajia, jgreen@magicleap.com Julie Green, vstewart@magicleap.com Victoria Stewart

Hi Julie,

Please share what milestones you want tied to Q1, Q2, Q3 and Q4 payments below.

Thanks,
Jose


---------- Forwarded message ---------
From: **Peggy Johnson** <peggy@magicleap.com>
Date: Thu, Oct 20, 2022 at 5:42 PM
Subject: Re: DC
To: Jose Baltazar <jbaltazar@magicleap.com>, John Doherty <jodoherty@magicleap.com>
Cc: Victoria Stewart <vstewart@magicleap.com>, Julie Green <jgreen@magicleap.com>

Approved.

**From:** Jose Baltazar <jbaltazar@magicleap.com>
**Sent:** Thursday, October 20, 2022 5:38:38 PM
**To:** Peggy Johnson <peggy@magicleap.com>; John Doherty <jodoherty@magicleap.com>
**Cc:** Victoria Stewart <vstewart@magicleap.com>; Julie Green <jgreen@magicleap.com>
**Subject:** Fwd: DC

Confidential

Team,

Please see below what Julie and I agreed on for David Chu.

DEF_000123

## Few option actions / updates

**sbernal@magicleap.com Sheri Bernal**                Tuesday, April 25, 2023 at 2:33:07 PM Pacific Daylight Time
To: vstewart@magicleap.com Victoria Stewart
Cc: sbernal@magicleap.com Sheri Bernal

Hope all is well and safely at home!

Wanted to follow-up on a few things:

(1) David Chu
- Spoke to him openly that we had approval on design, not on funding
- Largest investor asked us to hold off until after JA
- We are all not keen to do this but need to continue to watch market tells just like with bonus
- can't honestly say we'll get money then but we are also exploring other opens with equity, etc
- will share more as I have it, you and I will stay connected
- let us know if gets to point needs to find another job so we can try to do something
- he wants a 4-way meeting with you, me, Julie next week to get everyone on same page

May go south after he speaks with family tonight but he thanked me for honesty / transparency and seemed very rational. We even laughed during parts of conversation.

(2) JA
- thinking next steps are to send document to XLT and set up 30 minute optional ""brief update" meeting to cover 10 slides max. Everything else in appendix or included so everyone has everything.
-then we send to PIF ███████████████████ and set up review meeting for you, me, PIF and Mercer?
-then we send to comp committee

Seems like a lot but PIF will ask if management has seen and CC will respond only once the PIF has seen. And this we know is a critical one.  Any other viable approach?

(3) Exec comp



Open to other ideas too!

Think that's it for right now! Hope to connect tomorrow morning.
Sheri

--

Sheri Bernal
Chief Human Resources Officer
sbernal@magicleap.com



This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any

DEF_000126

On Fri, Dec 16, 2022 at 3:52 PM David Chu <dchu@magicleap.com> wrote:
Vicky, Jose and Julie,

Thank you for providing the details here, and for investing in me.  Let's do it.

-david


On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:
David,
We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024).  The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.

Thanks,

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com

---

**dchu@magicleap.com David Chu**                    Monday, April 24, 2023 at 8:10:55 AM Pacific Daylight Time
To: vstewart@magicleap.com Victoria Stewart
Cc: jgreen@magicleap.com Julie Green, sbernal@magicleap.com Sheri Bernal

Hi Vicky,

Thank you for the response.  This is fairly concerning as we had already arrived at an agreement for the retention.  Could we meet to discuss this please?

-david

On Mon, Apr 24, 2023 at 11:06 AM Victoria Stewart <vstewart@magicleap.com> wrote:
David,
Apologies for the delay as I have been out of town and returning this evening.  Your target retention we had discussed was part of the broader Retention Plan that has been placed on hold at this time, pending the outcome of the Job Architecture initiative that is underway.

Thanks,
Vicky

On Mon, Apr 24, 2023, 6:53 AM David Chu <dchu@magicleap.com> wrote:
Hi Vicky - Friendly ping on this.

On Mon, Apr 17, 2023 at 9:42 AM David Chu <dchu@magicleap.com> wrote:
Hi Vicky,

I did not receive the first retention amount for March in the spreadsheet outlined above in my April pay statement so far.  Could you please let me know what the status of that is?  Thank you.

-david

On Fri, Dec 16, 2022 at 10:56 PM Julie Green <jgreen@magicleap.com> wrote:
Happy to hear that! Looking forward to all we can accomplish together in 2023!

On Fri, Dec 16, 2022 at 3:52 PM David Chu <dchu@magicleap.com> wrote:
Vicky, Jose and Julie,

Thank you for providing the details here, and for investing in me.  Let's do it.

-david

DEF_000146

I did not receive the first retention amount for March in the spreadsheet outlined above in my April pay statement so far. Could you please let me know what the status of that is?  Thank you.

-david

On Fri, Dec 16, 2022 at 10:56 PM Julie Green <jgreen@magicleap.com> wrote:
Happy to hear that! Looking forward to all we can accomplish together in 2023!

On Fri, Dec 16, 2022 at 3:52 PM David Chu <dchu@magicleap.com> wrote:
Vicky, Jose and Julie,

Thank you for providing the details here, and for investing in me.  Let's do it.

-david


On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:
David,
We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024).  The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.

Thanks,

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com


--

Sheri Bernal
Chief Human Resources Officer
sbernal@magicleap.com



This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any use, dissemination or reproduction of this communication is strictly prohibited and may be illegal. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

---

**jgreen@magicleap.com Julie Green**                    Tuesday, April 25, 2023 at 12:22:28 AM Pacific Daylight Time
To: sbernal@magicleap.com Sheri Bernal

Revisiting his retention as part of a new retention plan doesn't seem right given that he received paperwork on what to expect over 6 months ago.  He has delivered on his milestone for Q1 and is on track for Q2. They are product milestones, which he excels at, not leadership milestones where he is struggling. We want him to stay but can survive now that we have Doug. 6 months ago we didn't have Doug and couldn't afford to lose him given the work he is responsible for with nvidia and the importance to the business.

To me this is another integrity thing and not following through with what we say we are going to do. David and I were both unaware that his retention was conditional on some future retention process. We had given retention to others around this timeframe and it was not made clear that this would be any different. Jose started the process with him in early October (after David raised it with me in last September), well before the talk of any wider retention program. I have many mails on this and it is beyond disappointing that we are not keeping our word.

I am glad you are planning to close the loop with him on what he believed the company offered him versus what is happening now. I am fairly certain it won't end there and he will ask to speak to Peggy.

DEF_000153

On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:

David,
We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024).  The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.

Thanks,

Vicky Stewart
Head of Global Total Rewards
972.814.2193
vstewart@magicleap.com

--

Sheri Bernal
Chief Human Resources Officer
sbernal@magicleap.com



This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any use, dissemination or reproduction of this communication is strictly prohibited and may be illegal. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:
> David,
> We are circling back with a retention plan that provides quarterly payments over the next two years
> (2023 - 2024).  The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as
> defined by Julie, associated with the payouts.  Please take a moment to review the attached
> (password will be sent separately) and provide us with your feedback and/or  any questions
> you might have.
>
> Thanks,
>
> Vicky Stewart
> Head of Global Total Rewards
> 972.814.2193
> vstewart@magicleap.com

--

Sheri Bernal
Chief Human Resources Officer
sbernal@magicleap.com



**sbernal@magicleap.com Sheri Bernal**                    Tuesday, April 25, 2023 at 5:18:08 AM Pacific Daylight Time
To: jgreen@magicleap.com Julie Green

I will go back and look at what you shared in writing. I understood that this was not his sign on commitment (that was paid in full thankfully) but the same retention promise made to others with the understanding that "we were working on retention for them". In this case we gave him an option of what that would look like via email but no formal offer or signed documents as we had done in practice before or do today.

The only reason I cannot offer him the bonus is because we do not have bonus dollars from the PIF. It was not approved by them and I was told flat out: no.

If David is an outlier and the only one in this scenario - it's at least an option to go back to the PIF and ask for his in lieu of a top 10 list. But I'd rather not treat him differently than the 51 others on your list, and the others who were promised in other organizations if it's the same situation.

I'll check back with Vicky today who should have our master single source of truth retention list across XLT to get a better understanding of exactly what was said to whom and how. I'll look for any angles that we can take back to the PIF.

DEF_000157

On Tue, Apr 25, 2023 at 3:22 AM Julie Green <jgreen@magicleap.com> wrote:
Revisiting his retention as part of a new retention plan doesn't seem right given that he received paperwork on what to expect over 6 months ago.  He has delivered on his milestone for Q1 and is on track for Q2. They are product milestones, which he excels at, not leadership milestones where he is struggling. We want him to stay but can survive now that we have Doug. 6 months ago we didn't have Doug and couldn't afford to lose him given the work he is responsible for with nvidia and the importance to the business.

To me this is another integrity thing and not following through with what we say we are going to do. David and I were both unaware that his retention was conditional on some future retention process. We had given retention to others around this timeframe and it was not made clear that this would be any different. Jose started the process with him in early October (after David raised it with me in last September), well before the talk of any wider retention program. I have many mails on this and it is beyond disappointing that we are not keeping our word.

I am glad you are planning to close the loop with him on what he believed the company offered him versus what is happening now. I am fairly certain it won't end there and he will ask to speak to Peggy.

Regarding the new program, I don't have a top 20. I have a top 52. Down from the top 84. Down from the top 123. Down from 176.

I have made these retention lists numerous times and it takes all my leaders to determine the right list. Every time we go through this process and don't deliver on it, it chips away at the trust they have in me and the company. I won't put them (and myself) through it again until we have a guarantee that it will really happen.

I know you are doing your best in a bad situation but I can't take anymore hits to my credibility with this team. If you can get money, I will distribute it with clear criteria but I am not pre-building a list. And if it is really only 10 or 20 out of 892 people, let's just forget it altogether because it won't help and would actually make things worse. We'll just take the risk that people won't leave because they find the work exciting enough to be underpaid.


On Mon, Apr 24, 2023 at 10:04 PM Sheri Bernal <sbernal@magicleap.com> wrote:

We don't have any retention here for him specifically. We are assuming we will work the retention program, as well as possible alternatives (equity, shadow stock etc) in parallel with this and target to have decision by end of JA.

Additionally, Vicky to kick off immediate retention process with all of you on your top 20 retention asks stack ranked. There was an indication that the PIF might find this. It's likely to be almost 100% tech talent. Also likely, if we can get through, just about 10- maybe 15. Seeking longer list just in case.

Questions will be if Chu is on short list because it doesn't sound like he delivered particular milestones yet (not yet set that I know if but maybe you and avicky have these?) and with Doug now in mix, and reorg planned, do we need him to stay?

He is on my calendar for tomorrow so plan to echo Vicky sentiment. Have a few more things to share around looking at alternatives to original plan in parallel - to be completed by end of JA project, watching market dynamics to understand affordability etc. etc. etc.

Will let you know how it goes.


On Mon, Apr 24, 2023 at 11:05 AM Julie Green <jgreen@magicleap.com> wrote:
Amy progress?

---------- Forwarded message ---------
From: **David Chu** <dchu@magicleap.com>
Date: Mon, Apr 24, 2023 at 3:53 AM
Subject: Re: Retention Plan
To: Julie Green <jgreen@magicleap.com>
CC: Jose Baltazar <jbaltazar@magicleap.com>, Victoria Stewart <vstewart@magicleap.com>

DEF_000158

To: dchu@magicleap.com David Chu
Cc: jgreen@magicleap.com Julie Green, vstewart@magicleap.com Victoria Stewart

Hi David,
We appreciate your time as well.  Let's circle back at the beginning of Q3 for an update (and we will keep you apprised if something is approved between here and there).
Thank you,
Sheri


On Tue, May 2, 2023 at 11:02 AM David Chu <dchu@magicleap.com> wrote:
Hi Sheri and Vicky,

Thank you for the discussion yesterday.  I learned from our discussion that your view is that since there was no DocuSign, you feel you are not obligated by the original agreement, is that right?

Meanwhile, I understand Sheri you are exploring additional stock compensation options for Q3.  Please let me know if there are other aspects I have missed.

-david

On Wed, Apr 26, 2023 at 11:09AM David Chu <dchu@magicleap.com> wrote:
Hi Sheri,

It was a pleasure to sync with you yesterday.  It was cool to learn about your SGI, Google and Dyson experiences, and to learn that we've worked with some of the same people before. Regarding the topic of my comp, thank you for making time to discuss it.  Apologies in advance for the longer note that follows, as the matter is important to me.

You shared with me that the new job architecture could offer some alternative forms of compensation in lieu of the existing cash-based retention such as equity grants or shadow equity.   In addition, you mentioned the job architecture would likely conclude in July or August. I expressed concern that there would be a substantial multi-quarter delay between the original agreed upon payment schedule and the alternative.  In addition, there is substantial uncertainty from my perspective as to what the results of the job architecture will actually mean for my case: my comp could change in any direction, and this uncertainty is unsettling.  This all actually stings quite a bit because not only are inflation and interest rates quite high right now (and hence the value of a future payment is non-trivially depreciated), but I was also planning to make a home purchase with the funds, which now must be put on hold.  Overall, my strong preference would be to stick with the existing agreed upon plan.

I have fulfilled my side of the retention agreement, namely, hitting the milestones that Julie and I targeted as critical for the company's success.  Specifically, we've made tremendous release-over-release improvements in HT, which was in dire shape previously.  Positive external customer feedback and rigorous user studies all testify to this fact.

It feels to me that in Vicky's previous email, that the agreed upon retention plan was changed unilaterally without my awareness or buy in.  That's not cool. There was no contingency on a job architecture when we engaged in or agreed upon the plan.  I would love to understand what data you or Vicky have to support your claim.

Also, thank you Sheri for taking an extra step to talk to our CFO John to see if there are other funds available to remedy this unfortunate scenario not only for me, but also the other individuals you mentioned who could be in a similar boat.  In SW at least, we have been actively crossing out line items and stuff from the '23 budget that can be deferred, and I know that in my org alone, we have eliminated

DEF_000205

## Fwd: RSU Refresh Initiative - Planning Tool is now Open

**jgreen@magicleap.com Julie Green**                                Tuesday, April 25, 2023 at 7:35:03 AM Pacific Daylight Time
To: sbernal@magicleap.com Sheri Bernal

This retention programs never happened. The one last December never happened. Each time we were asked to rework the numbers and justify each individual. I was in the phone with Ibrahim about this one last June. He yelled at me saying folks are over paid and I explained how their comp is calculated and the competitive landscape and it still never happened. Jose was able to fix a few folks who had competing offers (which we still do, from what I hear) and I thought David was part of that process.

Each time we create a list, folks are implicitly promised something is on the way. I personally need to stop being part of the charade and just level with people that what they have is what they have and not lead them on.

On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:
> David,
> We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024).  The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.
>
> Thanks,
>
> Vicky Stewart
> Head of Global Total Rewards
> 972.814.2193
> vstewart@magicleap.com

---

**jgreen@magicleap.com Julie Green**                                    Friday, December 16, 2022 at 7:56:22 PM Pacific Standard Time
To: dchu@magicleap.com David Chu
Cc: jbaltazar@magicleap.com Jose Baltazar, vstewart@magicleap.com Victoria Stewart

Happy to hear that! Looking forward to all we can accomplish together in 2023!

On Fri, Dec 16, 2022 at 3:52 PM David Chu <dchu@magicleap.com> wrote:
> Vicky, Jose and Julie,
>
> Thank you for providing the details here, and for investing in me.  Let's do it.
>
> -david
>
>
> On Fri, Dec 16, 2022 at 6:38 PM Victoria Stewart <vstewart@magicleap.com> wrote:
> > David,
> > We are circling back with a retention plan that provides quarterly payments over the next two years (2023 - 2024). The plan is designed for more in Year 1 vs. Year 2 and will have key milestones, as defined by Julie, associated with the payouts.  Please take a moment to review the attached (password will be sent separately) and provide us with your feedback and/or  any questions you might have.
> >
> > Thanks,
> >
> > Vicky Stewart
> > Head of Global Total Rewards
> > 972.814.2193
> > vstewart@magicleap.com

---

**vstewart@magicleap.com Victoria Stewart**                            Saturday, January 21, 2023 at 8:10:14 PM Pacific Standard Time
To: jgreen@magicleap.com Julie Green
Cc: szajia@magicleap.com Shirley Lew Zajia, jbaltazar@magicleap.com Jose Baltazar, sbernal@magicleap.com Sheri Bernal

Julie,
As a reminder, we had agreed to a $600k retention for David Chu (attached) to which you were going to assign specific milestones. My assumption is that it is being funded through the approved Retention Plan we are working on but will defer to Jose to weigh in to confirm if we have separate funding for this one. I just want this to be brought back to the surface as I don't believe this has been initiated pending the defined milestones.

Let me know if you have any questions or concerns.

Thanks,

Vicky Stewart
Head of Global Total Rewards
972.814.2193

DEF_000217