# Exhibit G

Excerpts from Defendant's Confidential

Document Production

**FILED UNDER SEAL**