# Exhibit K

Virginia Department of Labor and Industry, Field Operations Manual,
Chapter Ten (Excerpts)

# VIRGINIA DEPARTMENT OF LABOR AND INDUSTRY
## DIVISION OF LABOR AND EMPLOYMENT LAW
## FIELD OPERATIONS MANUAL
## CHAPTER TEN PAYMENT OF WAGE

Last Revised 3/22

This document is part of the latest version of the Virginia Department of Labor and Industry Division of Labor and Employment Law's Field Operations Manual. This document supersedes any and all previous editions.

### Section 1.00 Coverage

Virginia's Payment of Wage Law is contained in § 40.1-29 of the Code of Virginia. Virginia's Overtime Law is contained in § 40.1-29.2 of the Code of Virginia. It applies to all private industry employers operating a business in the Commonwealth. Public sector employees are not covered by the Payment of Wage Law (see § 40.1-2.1 of the Code of Virginia), but are subject to the Virginia Overtime Wage Act. Neither law applies to work performed on Federal properties or enclaves.

### A. Pay Periods:

1. Hourly employees must be paid every other week or at least twice a month.

2. Salaried employees must be paid at least once a month.

3. Executive employees are exempt from the requirements in Numbers 1 and 2 above; however, they must be paid on their established pay day.

### B. Time of Payment:

As a general rule, all hours worked in any pay period must be paid on the established pay date. Agency policy allows employers time to establish payroll accounts for new hires; however, payments to new hires may not be delayed for a period longer than is reasonably necessary to allow for payroll accounts and employee elections for withholdings to be determined. In no event may payment be delayed beyond the next payday.

### C. Pay Stubs:

1. Employers are required to provide each employee a written statement, by a paystub or online accounting that shows the following:
   a.    The name and address of the employer, and
   b.    The number of hours worked during the pay period if the employee is paid on the basis of either:

1

1. Often employers allow employees to take paid vacation before the time has been accrued under company policy. If the employer has paid all moneys owed at the time the employee leaves the employer's company, the employer may deduct the value of the vacation time that had not accrued at that time.

2. If the employee has received full pay for all time worked, a written and signed authorization is not required.

3. The Department will not pursue cases involving unpaid paid time off that had accrued by the time the employee has left the employer. The employee must pursue those claims individually.

### Section 9.00  Discretionary Bonuses Versus Wages

Discretionary bonuses are not considered wages, and thus cannot be collected under § 40.1-29. Non-discretionary bonuses may be considered wages and can be collected, and no illegal deductions may be made from them.

**A.  Characteristics of "Discretionary Bonus"**

1. A "discretionary bonus" is hereby defined to be any benefit, whether received in cash, goods and services, or otherwise, which is not required to be given under the employment contract, and which may therefore be given or withheld at the employer's discretion. The term "discretionary bonus" does not include any compensation which the employee was reasonably led to believe the employer was obligated to pay him upon completion of work performed.

2. The employer retains discretion with respect to the fact of payment without prior promise or agreement.

2. The employer retains discretion with regard to the sum, if any, to be paid without prior promise or agreement.

**B.  Characteristics of a "Non-discretionary Bonus":**

1. The employer promises to pay a sum in advance, and the sum is related to work to be performed.

2. The employer determines how the sum amount will be derived prior to payment.

3. The sum is promised to employees as a result of a contract, either implied or written.

4. The sum is promised as an incentive to cause the employee to work more steadily, more efficiently, more rapidly, to remain with the employer, etc.

5. An employment contract does not have to be in writing. Furthermore, a contract may be implied. If an employer regularly compensates employees on an incentive basis depending on work performed or sales made, there may be an implied contract obligating the employer to pay on that basis. The entirety of the employer-employee relationship must be examined to make this judgment.

16

6. The use of the term "bonus" is not controlling and the underlying employment relationship must be examined in order to determine whether an uncollectible discretionary bonus is involved.

## Section 10.00  Executive Personnel

The Department of Labor and Industry adopts the federal definition of "executive personnel" as set out in the U. S. Department of Labor, Wage and Hour Division, Regulations, C.F.R., Part 541: Defining the Terms "Executive," "Administrative," "Professional" and "Outside Sales."

An employee is considered an executive employee under FLSA using either the "long test" or "short test."

**Long Test:**

1. The primary duty consists of the management of the enterprise in which he or she is employed or of a customarily recognized department of subdivision thereof;

2. Customarily and regularly directs the work of two or more other employees;

3. Has the authority to hire or fire other employees, or whose suggestions and recommendations as to the hiring or firing and as to the advancement and promotion or any other change of status of other employees will be given particular weight;

4. Customarily and regularly exercises discretionary powers;

5. Does not devote more than 20 percent, or, in the case of an employee of a retail or service establishment who does not devote as much as 40 percent, of his or her hours of work in the workweek to activities which are not directly and closely related to the performance of the work in 1 - 4 above; and

6. Is compensated for his or her services on a salary basis at a rate of not less than $684 per week, exclusive of board, lodging, or other facilities.

**Short Test:**

1. Is compensated for his or her services at a guaranteed salary of $684 or more a workweek, exclusive of board, lodging, or other facilities;

2. Primary duty (50 percent or more) consists of management of the enterprise in which the employee is employed, or of a customarily recognized department or subdivision thereof; and

3. Customarily and regularly directs the work of two or more other employees.

17