## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID CHU,

      Plaintiff,

v.

                             Case No. 1:25-cv-00574-RCL

MAGIC LEAP, INC.,

      Defendant.

### ORDER

Upon consideration of Plaintiff's Motion for Leave to File Documents Under Seal, and Defendant having indicated no opposition, it is hereby

**ORDERED** that Plaintiff's Motion is GRANTED; and it is further

**ORDERED** that Exhibit G to the Declaration of Plaintiff (DEF_000265, DEF_000266, and DEF_000270) shall be filed under seal and maintained as such consistent with the Stipulated Protective Order (ECF No. 15).

Date: _____3-24-26_____

                                        Hon. Royce C. Lamberth
                                        United States District Judge