**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID CHU | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 1:25-cv-00574-RCL |
| v. | * | |
| | * | |
| MAGIC LEAP, INC. | * | |
| | * | |
| Defendant. | * | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Magic Leap, Inc.'s Motion for Summary Judgment,

Plaintiff's Opposition thereto, any Reply filed by Defendant, the entire record herein, and for

good cause shown, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is DENIED.


Dated: _____, 2026        _____

                                  Hon. Royce C. Lamberth
                                  United States District Judge


cc:

Jeremy C. Huang
ROWE WEINSTEIN & SOHN, PLLC
909 Rose Avenue, Suite 640
North Bethesda, MD 20852
T: 301-770-4710 / F: 301-770-4711
jhuang@rowepllc.com
*Attorney for Plaintiff David Chu*

Christina M. Heischmidt
Giovanna R. Bonafede
8444 Westpark Drive, Suite 510
McLean, VA 22102
(T) 703-245-9300/ (F) 703-245-9301
Christina.Heischmidt@wilsonelser.com
Giovanna.Bonafede@wilsonelser.com
*Attorney for Defendant Magic Leap, Inc.*