EXHIBIT
1

Transcript of Steven McCree Lake, Corporate Designee
Conducted on January 21, 2026

arrangements?

A. No.

Q. Okay. So what additional steps were needed to be taken?

A. Similarly to what I shared before. This type of discussion internally would then need to be -- there would be a few steps, actually. Certainly, the alignment with counsel in order to craft some sort of binding agreement structure that both parties sign would be consistent with all of our other retention or milestone compensation, or -- or bonus plans.

In addition to that, for programs like this, because of the level of subjectivity in the milestones and things like that, there would need to be additional discussion with the stakeholders involved internally to align on things like additional specificity about what needs to be delivered, conditions around the milestones, any sort of dependencies, as well as how the achievement would be assessed.

So there would be -- there would definitely be more discussion internally, and then alignment with counsel, and ultimately a signed agreement with -- with both parties countersigning.

Q. Okay. But just looking at this email chain, is there any language indicating that this proposal was conditional or there's anything that required additional approvals of any sort?

A. No.

Q. Okay. Does this email contain any language required saying that this retention was discretionary?

A. Can you scroll down one more time? No, it does not.

Q. Okay. And does this email mention, I guess, Amendment Seven or anything regarding no holder -- noteholder approval?

A. It does not.

Q. Okay. Does it mention any -- any sort of approval, like, a subsequent approval being needed?

A. It doesn't.

Q. Okay. So going back to the email after the proposal from Ms. Stewart to Mr. Chu, what was Mr. Chu's response?

A. Can you scroll down, please? He shows appreciation and suggests that he would like to move forward.

Q. Okay. So would it be Miss -- I guess, Magic Leap and Victoria Stewart's understanding that let's do it would mean his acceptance of the proposal?

MS. HEISCHMIDT: Object to form.

THE WITNESS: Okay. Can you rephrase that? I'm not quite sure I understand.

BY MR. HUANG:

Q. Okay. So how did Vic- -- Ms. Stewart understand Mr. Chu's response?

A. While I can't speak to her mindset, in general, what this appears to be, to me, is an affirmative response to move forward with what Mr. Chu would likely have known were additional steps in order to formalize the agreement.

Q. Okay. Let me dig down on that. What -- what gives Magic Leap -- what evidence do you have that Mr. Chu was aware of these additional requirements? Is there anything written that -- that was, like, a written policy procedure regarding this additional -- these additional approvals?

A. Mr. -- Mr. Chu was a very senior leader in the organization at the time. He oversaw a significant part of our software team and was part of Julie's, the CTO leadership team. Given the business conditions at Magic Leap and the transparency in the organization, he certainly should have known that there were more steps. In addition to that, his original employment agreement featured the types of legal language and signatures that he should of expected to be in place for this type of agreement to be

Transcript of Steven McCree Lake, Corporate Designee
Conducted on January 21, 2026

33

formalized.

Q.    To Magic's knowledge, does Mr. Chu have any legal training whatsoever?

A.    **Not to my knowledge.**

Q.    Was he an attorney?

A.    **No.**

Q.    Did his resume reflect he went to law school at any time?

A.    **I haven't seen his resume.**

Q.    Okay.  All right.  So after Mr. Chu's response, did -- were there any additional -- you see a response from Ms. Larson-Green, correct?

A.    **I do.**

Q.    Okay.  And so she wrote, happy to hear that, looking forward to all we can accomplish together.  Do you see that?

A.    **I do.**

Q.    Okay.  Did Ms. Larson-Green understand there were any additional approvals required for this to move forward?

A.    **Yes.  She would have definitely**

34

**understood that.**

Q.    Okay.  So after this email, did Magic -- Magic consider Mr. Chu's retention arrangement to be in place?

A.    **We did not.**

Q.    Okay.  I'd like to pull up -- let me make sure I have it right.  All right.  Plaintiff's Exhibit 3.

THE TECH:  Please, stand by.  Now, displaying Exhibit 3.

(Exhibit 3, January 21, 2023 Fwd: Retention Plan Email, marked for identification.)

BY MR. HUANG:

Q.    All right.  Sir, could you please review this email and then let me know when you're done?

A.    **Down.  Okay.**

Q.    All right.  So this is an email from Victoria Stewart to the CTO, as well as the head of human resources, Jose Baltazar, as well as, I guess, the pending successor,

35

Ms. Bernal, as well as Shirley Zajia; is that correct?

A.    **Can you scroll back up again?  Thank you.  Yes, that's correct.**

Q.    Okay.  And so just for clarification, we know the other players, but who was Ms. Zajia?

A.    **Unfortunately, I don't know who Shirley was.  I'll have to check on details.  I believe she was our HR business partner.**

Q.    Okay.  And what's the -- what is an HR business partner?  What is her -- their role?

A.    **Their -- their role is they sit within the HR organization and are essentially the -- the counterpart to senior leaders in the organization to support general HR activities, organization design and alignment, conflict resolution related activities.**

Q.    All right.  But regardless, this was an email that was sent to the head of HR, as well as the chief technical officer; is

36

that correct?

A.    **That's correct.**

Q.    Okay.  So -- and Ms. Stewart wrote, as a reminder, we had agreed to a $600,000 retention for David Chu; is that correct?

A.    **She wrote that, yes.**

Q.    Okay.  And you see the word agreed?

A.    **I do.**

Q.    Okay.  What does agreed mean in -- in the context of such a document?

MS. HEISCHMIDT:  Objection.

THE WITNESS:  To my best --

MS. HEISCHMIDT:  You can answer.

THE WITNESS:  Okay.  To -- to my best interpretation, this would be -- this would be an ongoing business dialogue related to an internal alignment on what the team wanted to do as it relates to some sort of compen- -- compensation or special bonus structure for Mr. Chu.