EXHIBIT
2

Transcript of Victoria Stewart
Conducted on January 23, 2026

Q. So you were already generating the document; correct, at this point?

A. Right. This doesn't specifically say that's what I did at this point. It says that I would be working on that, but --

Q. All right. But the point is here, this is two hours after you've had the conversation with Jose about the approval -- additional approvals; correct?

A. According to these emails or chats, yes.

Q. Okay. So you gave it to James or were going to give -- James had enough information from your end; correct? To have the discussion with his employee or his report; is that correct?

MS. BONAFEDE: Objection. Calls for speculation.

BY MR. HUANG:

Q. You can go ahead and answer.

A. Again, I don't recall specifics at this point, given this was four years ago. But this could imply that he was discussing the retention plan with him and that we would proceed then forward, so --

Q. But you were already generating the document. It doesn't -- were there any additional approvals that you would have gotten in those two hours?

A. I don't recall.

Q. Okay.

A. It could have been approvals that were obtained through Jose, additional approvals that were needed. I don't recall.

Q. Okay. But this was never discussed in this email chain; correct?

A. I used to get thousands of emails, so I don't recall.

Q. In terms of the emails that were provided by Magic Leap to myself and Mr. Chu, is there anything in these emails that mention any subsequent approvals?

A. Not that you've shared.

Q. Okay. And who is Da'Nae that you refer to in these emails?

A. Da'Nae was the business partner for James Templeton's organization.

Q. Do you remember Da'Nae's last name?

A. I believe it was Da'Nae Fox.

Q. So based on this, does it look like there's any requirement for additional approval by the board of directors, just based on this email chain?

A. From what you've shared within this email stream, it does not appear that this particular one had to go to the board.

Q. Okay. There wasn't any mention of a compensation committee in this email chain?

A. Not that I see within these email streams that you've shared.

Q. All right. And --

A. I would just add that each retention plan, you know, is different and I don't recall the specifics of Monos. But there could be, you know, depending on the retention plan, maybe there's different approval levels. I don't recall.

Q. Okay. Do you recall the compensation committee being formed in order to sort of make this process more uniformed?

A. I don't recall.

Q. Okay. And your prior testimony is you don't recall whether the compensation committee was formed at any time subsequent or before these discussions occurred?

A. I don't recall.

MR. HUANG: Okay. I'd like to pull up Exhibit 4, please.

(Deposition Exhibit Number 4 was marked for identification)

BY MR. HUANG:

Q. This is two pages. You can scroll through and just let me know when you finish reading it.

A. Okay. Okay. Okay.

Q. Okay. All right. So this is the email chain where the retention plan was proposed to Mr. Chu; is that correct?

A. That's correct.

Q. And you had CEO approval on the basics