DocuSign Envelope ID: B0B873E2-D689-44DE-B37C-1E57586E823F



EXHIBIT

3



**MEMO TO PERSONNEL FILE**

**Date:**  July 20, 2021

**Employee Name:** David Chu

**Supervisor Name:**  Anuj Gosalia

**Re:**  Revised Start Date

Your Employment Start Date pursuant to your Offer Letter, dated as of 07/09/2021 has been revised as follows:

- Old Employment Start Date:  July 26th 2021

- Revised Employment Start Date  August 9th 2021

We look forward to you joining Magic Leap on your Revised Employment Start Date.

DocuSigned by:

*David Chu*

D8F83A0AD93E408...

David Chu
Vice President, Software Engineering

DocuSigned by:

*Anuj Gosalia*

B45D5F6EC5BD4C0...

Anuj Gosalia
Chief Software Officer

DocuSigned by:

*TB*

76D6A961FB9A40E...

Taline Bignon-Berberian
Senior Manager, Talent Acquisition

Highly confidential – not for distribution. Magic Leap, Inc.

DEF_000007