**EXHIBIT 4**

89

legal conclusion.

Q.   You can go ahead and answer.

A.   **I think I was evasive.  I don't think I answered that question.**

Q.   Okay.

A.   **I don't think I answered that question either here or in the -- I can't seem to -- okay, there I go.  All I said was I'm going to circle back.**

MR. HUANG:  Okay.  Let's go back to Exhibit 6.

THE TECHNICIAN:  Ms. Bernal, you have control.

THE WITNESS:  Okay.

Q.   So going back, your email was -- first you talked about -- it says, I'll go back and look at what we shared -- what you shared in writing.  I understand it was not his sign on commitment that was paid in full, thankfully.  And you noted in your last sentence, the first paragraph, in this case we gave him an option of what we would do -- that would look

90

like via email, but no formal offer or signed documents as we had done in practice before today.  Why would you mention that?  What would be the significance of that?  Why would you mention that to Ms. Green in this email?

A.   **I -- I can speculate.  I don't -- I don't remember exactly why.  But I think I'm -- I'm probably trying to say, you know, we should honor this, you know, any -- anything like this should be done more formerly if we're going to have conversations with employees is probably what I'm trying to convey there.  I'm sure I was quite frustrated.**

Q.   Okay.

A.   **So I -- I don't know.  You know I -- that's why what I'm --**

Q.   All right.  Let's move on to the second sentence.  It says, the only reason I cannot offer the bonus because we do not have -- we do not have bonus dollars from the PIF.  It was not approved by them and I was told flat out no.

91

A.   **Mm-hmm.**

Q.   Was -- who told you this, do you remember?

A.   **No.**

Q.   Do you remember when this conversation occurred?

A.   **No.  I mean I believe it happened.  I just -- I don't remember when it happened and who I was specifically speaking with.**

Q.   Does this mention anything about the retention being paused?

A.   **I don't -- just looking at that one sentence --**

Q.   Just based on the text of the email.

A.   **Yeah, just based on -- at least that one sentence I would say there is no retention there.**

Q.   Okay.  Was there anything mentioned about being -- this being contingent or subject to the job architecture completion?

A.   **I don't -- I don't see that in this particular email, no.**

Q.   So this -- this email occurred before your

92

meeting with David Chu, correct?

A.   **I don't remember the date -- I don't remember the date on the other one but I think I say -- don't I say something about --**

Q.   You can pull your email if you'd like to refresh your memory.

A.   **Yeah, I don't -- I don't remember the date order.**

Q.   It's -- if you want to look at Exhibit 10.

A.   **Okay, so this is Tuesday the 25th at 5:18.**

Q.   Yeah.

THE VIDEOGRAPHER:  Okay.  While we're taking a second, counsel, I just want to let you know we're only supposed to have the video media around two hours at a time just to fit on our DVD's just in case --

MR. HUANG:  Okay.  We can -- yeah, let me know when you need to take a break, I'm happy to --

THE VIDEOGRAPHER:  Yeah, for sure.  I'll just need to switch it over.  Like it won't be like a long break or anything, just be in